# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAURICE L. CHRISTIAN,

    Petitioner,

        v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 3:17-cv-01213-JPG
-----------------------------------------------
Crim. Case No. 4:14-cr-40062-JPG-2

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, **IT IS HEREBY ORDERED AND ADJUDGED** that petitioner Maurice L. Christian's petition for a writ of *habeas corpus/*motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, that judgment is entered in favor of respondent United States of America and against petitioner Maurice L. Christian, and that this case is **DISMISSED with prejudice**.

DATED: January 11, 2018

                                            **JUSTINE FLANAGAN,**
                                            **Acting Clerk of Court**

                                            **BY:** __s/Tina Gray__
                                                           **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**

1